McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
JOHN C. WHIDDEN
Certified Student
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-04-0402 DAD |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL STIPULATION AND |
| | ) | PROTECTIVE ORDER RE: |
| | ) | DISSEMINATION OF TAXPAYER |
| | ) | IDENTIFICATION AND INFORMATION |
| PAT SESSION, | ) | |
| | ) | Ctrm:   Honorable Dale A. Drozd |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED AND AGREED among the parties' respective counsel, Samantha S. Spangler, Assistant U.S. Attorney, John C. Whidden and Kate L. Scarborough, Certified Students, representing plaintiff United States of America, and Dennis S. Waks, attorney for defendant Pat Session, Investigator Henry Hawkins, and Katina Whalen, Secretary to Dennis Waks, as follows:

   The parties jointly agree that the protective order shall be expanded to allow Henry Hawkins, Investigator for the Office of the Federal Defender, and Katina Whalen, Secretary to Dennis Waks, the ability to view the taxpayer information and identification found on pages Bates stamp numbers 0001 through 0045.

1

1    The taxpayer identification and return information was obtained
2 by the prosecution for use in this federal criminal proceeding
3 concerning violations of 18 U.S.C. § 1030(a)(2)(B).  The information
4 to be disclosed is solely for use in the federal criminal proceeding
5 and preparing for trial.
6    Said discovery should be disclosed only pursuant to the
7 Protective Order.  Counsel hereby agree not to disseminate or share
8 the content of the taxpayer identification and return information
9 with anyone other than the signatories to this Stipulation and
10 Protective Order unless authorized by further order of this Court.
11 This protective order supplements the previous stipulation and order
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

to allow Henry Hawkins, Investigator for the Office of the Federal Defender, and Katina Whalen, Secretary to Dennis Waks, authority to view said taxpayer information in preparation for preparing for trial.

DATED: May 3, 2005                        McGregor W. Scott
                                          United States Attorney

                                     By:      /s/
                                          SAMANTHA S. SPANGLER
                                          Assistant U.S. Attorney

DATED: May 3, 2005                             /s/
                                          JOHN C. WHIDDEN
                                          Certified Student

DATED: May 3, 2005                             /s/
                                          KATE L. SCARBOROUGH
                                          Certified Student

DATED: May 3, 2005                        Quin Denvir
                                          Federal Defender

                                     By:       /s/
                                          DENNIS S. WAKS
                                          Attorney for Defendant
                                          PAT SESSION

DATED: May 3, 2005                             /s/
                                          HENRY HAWKINS
                                          Investigator for the Office of
                                          the Federal Defender

DATED: May 3, 2005                             /s/
                                          KATINA WHALEN
                                          Secretary to Dennis Waks at the
                                          Office of the Federal Defender

///

///

3

**ORDER**

**IT IS ORDERED:**

The Court hereby expands the protective order to the above signatories, Henry Hawkins, and Katina Whalen, for the purpose of preparing for trial in the criminal proceeding. The signatories to this stipulation and protective order shall not further disclose said discovery to anyone other than the signatories to the attached stipulation, unless otherwise ordered by this Court. Defense counsel shall return said discovery to the U.S. Attorney's Office after the conclusion of the criminal proceedings.

DATED: May 3, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal
session0402.stipord.supp