1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   PAT SESSION
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   Cr.S. 04-0402-DAD
                               )
12          Plaintiff,         )   **STIPULATION AND ORDER**
                               )
13      v.                     )   DATE: June 28, 2005
                               )
14 PAT SESSION,                )   TIME: 10:00 a.m.
                               )   (After Petty Offense Calendar)
15          Defendant.         )
                               )   JUDGE: Hon. Dale A. Drozd
16 _____)

17

18      It is hereby stipulated and agreed to between the United States of
19 America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and
20 defendant, PAT SESSION by and though her counsel, DENNIS S. WAKS,
21 Supervising Assistant Federal Defender, that the status conference set
22 for Tuesday, May 31, 2005 be vacated; that a trial confirmation hearing
23 be set for June 28, 2005 at 10:00 a.m. and a jury trial be set for July
24 25, 2005 at 10:00 a.m.  This continuance is being requested because
25 defense counsel needs additional time to prepare, to review discovery,
26 and to interview witnesses.  Furthermore, the parties are attempting to
27 reach a negotiated disposition.
28 ///

1   Speedy trial time is to be excluded from the date of this order
2 through the date of the trial confirmation hearing set for Tuesday,
3 June 28, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
4 time to prepare] (Local Code T4).
5   DATED: May 25, 2005

```
                                Respectfully submitted,
                                QUIN DENVIR
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                PAT SESSION


        DATED: May 25, 2005

                                McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Dennis S. Waks for
                                _____
                                SAMANTHA SPANGLER
                                Assistant U.S. Attorney
```

_____O R D E R

IT IS SO ORDERED.
DATED: May 27, 2005.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/session0402.ord

**2**