```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   PAT SESSION
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   Cr.S. 04-402-DAD
                               )
12              Plaintiff,     )   STIPULATION AND ORDER
                               )
13         v.                  )   DATE: July 5, 2005
                               )   TIME: 10:00 a.m.
14 PAT SESSION,                )   JUDGE: Hon. Dale A. Drozd
                               )
15              Defendant.     )
                               )
16 _____ )

17
```

18     It is hereby stipulated and agreed to between the United States of
19 America through THOMAS FLYNN, Assistant U.S. Attorney, and defendant,
20 PAT SESSION by and though her counsel, DENNIS S. WAKS, Supervising
21 Assistant Federal Defender, that the trial confirmation hearing set for
22 Tuesday, June 28, 2005 be vacated and a change of plea be set for July
23 5, 2005 at 10:00 a.m.  This continuance is being requested because
24 defense counsel needs additional time to prepare, to review discovery,
25 and to interview witnesses.  Furthermore, the parties are attempting to
26 reach a negotiated disposition.
27 ///
28 ///

Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for Tuesday, July 5, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 27, 2005

                                      Respectfully submitted,
                                      QUIN DENVIR
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      PAT SESSION

DATED: June 27, 2005

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Dennis S. Waks for
                                      _____
                                      THOMAS FLYNN
                                      Assistant U.S. Attorney

---

## O R D E R

IT IS SO ORDERED.

DATED: _June 27_, 2005

                                      /s/ Dale A. Drozd
                                      _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE