1  McGREGOR W. SCOTT
   United States Attorney
2  THOMAS E. FLYNN
   Assistant U.S. Attorney
3  MATTHEW S. BLOCK
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2806

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-04-0402 DAD
                                  )
12         Plaintiff,             )  MEMORANDUM OF PLEA AGREEMENT
                                  )  PURSUANT TO RULE 11(c)(1)(B)
13    v.                          )  OF THE FEDERAL RULES OF
                                  )  CRIMINAL PROCEDURE
14 PAT SESSION,                   )
                                  )  DATE:  July 5, 2005
15                                )  TIME:  10:00 a.m.
          Defendant.              )  JUDGE: Hon. Dale A. Drozd
16 ───────────────────────────────

17      Pursuant to Rule 11(c)(1)(B) of the Federal Rules of
18 Criminal Procedure, the United States of America, by and through
19 its undersigned attorney, and the defendant, PAT SESSION, by and
20 through her attorney, Dennis Waks, enter into the following plea
21 agreement:
22      1.  The defendant agrees to plead guilty to Count One of the
23 Superseding Information filed on November 4, 2004, charging her
24 with Unauthorized Access to a Computer, in violation of Title 18,
25 United States Code, Section 1030(a)(2)(B), a misdemeanor.  The
26 defendant agrees that she is guilty as charged in Count One, and
27 agrees that the facts set forth in the Factual Basis attached
28 hereto as Exhibit A are accurate.

                                1

FILED
JUL - 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

2. In exchange for the defendant's plea of guilty, the United States and the defendant jointly agree as follows:

   a. This matter shall be referred to the United States Probation Office for a pre-sentence report;

   b. The defendant shall pay a $500.00 fine;

   c. The defendant shall pay a $25.00 special assessment;

   d. The government will not seek a term of incarceration as long as the defendant's guideline range as determined by Probation is 0-6 months;

   e. The defendant shall complete 75 hours of community service;

   f. The defendant shall serve a term of probation, which will terminate upon payment of the fine and completion of the community service; and,

   g. At the time of judgment and sentencing, the United States will move to dismiss Counts Two through Thirty-One.

3. The defendant understands that for her conviction under 18 U.S.C. § 1030(a)(2)(B), a misdemeanor, the Court, in its discretion, can impose a maximum sentence of one year incarceration and a fine of not more than $100,000. The Court must also impose a $25.00 special assessment.

4. The defendant understands that the Court is not bound by this agreement, by the parties' stipulations about the facts of this case, or by the government's sentencing recommendation and that she has no right to withdraw her guilty plea if the Court decides not to accept the sentencing recommendation set forth in

this plea agreement.

5. The defendant acknowledges that no government representative, nor anyone else, has made any representations, promises or other statements concerning the sentence which will be imposed other than those set forth herein.

6. The defendant further understands that by pleading guilty to the aforementioned offense, she is waiving her rights to a jury trial; to subpoena witnesses to testify on her behalf; to confront and cross-examine adverse witnesses; and against compelled self-incrimination.

7. The defendant has been fully informed of and understands that she has the right to appeal the sentence in this matter. If the Court imposes the penalty recommended in paragraph two of this agreement, the defendant agrees to waive her right to appeal and collaterally attack her guilty plea and sentence.

8. By signing this document, the defendant, her counsel, and the government's attorney acknowledge that the above plea agreement is properly stated and signifies the entire terms agreed to by all parties.

DATED: July  1 , 2005         McGREGOR W. SCOTT
                              United States Attorney

                         By:  _____
                              THOMAS E. FLYNN
                              Assistant U.S. Attorney

DATED: July  5 , 2005    By:  _____
                              DENNIS WAKS
                              Attorney for Defendant

DATED: July  5 , 2005         _____
                              PAT SESSION
                              Defendant

## EXHIBIT A: Stipulated Factual Basis

If this case were to proceed to trial, the United States would prove beyond a reasonable doubt that on or about June 29, 2001, and on or about October 2, 2001, at the Appeals Office of the Internal Revenue Service (IRS) located at 3310 El Camino, City and County of Sacramento, State and Eastern District of California, the defendant, an employee of the IRS, knowingly accessed, without authorization, the Internal Revenue Service's electronically stored taxpayer records of her neighbors, in violation of 18 USC 1030(a)(2)(B).