UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

                              RE:    Pat SESSION
                                      Docket Number:   2:04CR00402-02
                                      **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Puerta Vallarta, Jalisco, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 11, 2005, Pat Session was sentenced for the offense of Unauthorized Access to Computer.

**Sentence Imposed:** 12 months probation. Special conditions include: Financial access; Not incur new charges or open new lines of credit; 75 hours community service.

**Dates and Mode of Travel:** July 18, 2006, to July 25, 2006, via American West Airlines in Sacramento, California.

**Purpose:** The releasee is vacationing with her husband and children.

**RE:  Pat SESSION**
    **Docket Number:   2:04CR00402-02**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ George A. Vidales
**George A. Vidales**
**United States Probation Officer**

**DATED:**   July 10, 2006
    Elk Grove, California
    GAV/cj


**REVIEWED BY:**   /s/ Deborah A. Spencer
    **DEBORAH A. SPENCER**
    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____         Disapproved _____

DATED: July 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/session0402.travel